IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NHU NGUYEN, | : | |
|     Plaintiff | : | No. 1:18-cv-01313 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ELWOOD STAFFING SERVICES, | : | |
| INC. d/b/a BERKS & BEYOND | : | |
| EMPLOYMENT SERVICES, | : | |
| et al., | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 9th day of September 2019, upon consideration of Defendant Elwood Staffing Services, Inc. ("Defendant Elwood")'s motion to dismiss Plaintiff's complaint (Doc. No. 9) and Plaintiff's motion for leave to file an amended complaint (Doc. No. 17), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to file an amended complaint (Doc. No. 17) is **GRANTED**;

2. Defendant Elwood's motion to dismiss Plaintiff's complaint (Doc. No. 9) is **DENIED AS MOOT**; and

3. Plaintiff's proposed amended complaint (Doc. No. 17-2) is **DEEMED FILED** as of the date of this Order.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania